UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80232-CV-COHN

Magistrate Judge Seltzer

ROYAL PALM PROPERTIES, LLC,

    Plaintiff,

vs.

PREMIER ESTATE PROPERTIES, INC.,
GERARD LIGUORI, JOSEPH LIGUORI, and
CARMEN D'ANGELO, JR.,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Request Permission to Bring Electronic Equipment into the Courthouse. The Court has carefully considerd the request, and being otherwise duly advised it is **ORDERED AND ADJUDGED** that Plaintiff's Motion is hereby **GRANTED**. The firm of Graner & Heimovics, PA, including Attorney Thomas U. Graner, is hereby allowed to bring a laptop computer, a projector and a screen for displaying internet browser activity and PowerPoint presentations, and connection cables and power cords into the courthouse for the hearing in this case scheduled for 9:00 a.m. on Friday, April 9, 2010.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of March, 2010.

_____
JAMES I. COHN
United States District Judge

Copies furnished via CM/ECF:
counsel of record and U.S. Marshal's Service